# EXHIBIT A

*HAND SERVED @*
*FRONT GUARD DESK*
*3:10 pm*

Filing # 150445886 E-Filed 05/27/2022 11:27:30 AM

## IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

### Case No. 50-2022-CA-005069-XXXX-MB

Rachelle Arberman,

      Plaintiff,

    v.

PNC Bank, National Association,

      Defendant.

_____/

*Received*
*JUN 09 2022*
*Legal Department*
*Pittsburgh, PA*

TO:   PNC Bank, National Association
      300 5th Avenue
      Pittsburgh, PA 15222

### SUMMONS

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the Complaint of the Plaintiff herein and to serve a copy of your answer on the Plaintiff at the address indicated below within twenty (20) days after the service of this Summons (not counting the day of service itself), or within thirty (30) days after service is complete if the Summons is not delivered personally to you within the State of Florida.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the Complaint.

Dated: **May 31 2022**

**JOSEPH ABRUZZO**
CLERK OF THE COURT

**JOSIE LUCCE**
**DEPUTY CLERK**

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: STANDING ORDER FOR
CASE MANAGEMENT FOR SUBMISSION
OF AGREED CASE MANAGEMENT PLAN FOR
CASES FILED ON OR AFTER APRIL 30, 2021

_____/

## STANDING ORDER FOR CASE MANAGEMENT AND SUBMISSION OF AGREED CASE MANAGEMENT PLAN IN CIVIL CASES IN THE FIFTEENTH JUDICIAL CIRCUIT FILED ON OR AFTER APRIL 30, 2021 (DCMSO)

Pursuant to Florida Rule of Civil Procedure 1.200(a), Florida Rule of General Practice and Judicial Administration 2.545, and Administrative Order 3.107 entered by the Chief Judge of this Circuit, the parties are informed of the following information and procedures applicable to civil lawsuits filed in the Circuit Court on or after April 30, 2021:

1. **SERVICE OF THIS ORDER.** The Plaintiff is directed to serve a copy of this Order with each Summons issued in this case. One copy of this Order is to be filed with the Clerk of the Circuit Court with proof of service.

2. **CIVIL CASE MANAGEMENT SYSTEM.** The Supreme Court of Florida has established guidelines for the prompt processing and resolution of civil cases. This Court has adopted a case management system to help meet those guidelines. In contested cases, the parties are required to participate in the case management system. The case management system requires early consultation and cooperation among the parties for the preparation and submission of an Agreed Case Management Plan and early involvement by the Court. The Agreed Case Management Plan requires the parties to identify a case track, confer in good faith and attempt to narrow the matters in controversy, identify the issues that require direct involvement by the Court, and establish a schedule for addressing those issues.[1] The Agreed Case Management Plan may be accessed at the Court's website at: https://15thcircuit.com/civil-differentiated-forms-and-orders.

Unless all of the Defendants have been served and have been defaulted or dropped, an Agreed Case Management Plan must be submitted to the assigned divisional queue via the Court's online scheduling system (OLS) as an attachment, in PDF format, to a proposed Order Accepting Agreed Case Management Plan on or before 130 days from the date of filing of the initial complaint. If the parties are unable to agree on an Agreed Case Management Plan by the applicable deadline, a

---

[1] Case Track options include Expedited, Streamlined, General, or Complex. Case Tracks have been established in order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

case management conference will be scheduled by the Court or the Court will review and issue an Order Implementing Case Management Plan without agreement of the Parties. No matters that arise as a result of this standing order, including lack of agreement, will be set on the Court's Uniform Motion Calendar and will, instead, be settled by the Court either at the case management conference or via an Order Implementing Case Management Plan without agreement of the parties. If a case management conference is scheduled, attendance by trial counsel and those parties who are not represented by counsel is mandatory.

If all Defendants are served and defaulted or dropped, the Plaintiff will file the appropriate documentation to pursue a Default Final Judgment within 130 days of the filing of the complaint and Final Judgment is to be entered or set for hearing within 150 days of the filing of the complaint.

      3. **MEDIATION/ALTERNATIVE DISPUTE RESOLUTION (ADR).** ADR provides parties with an out-of-court alternative to settling disagreements. Mediation is a type of ADR wherein an independent third party attempts to arrange a settlement at a conference between the parties. The Court requires the parties to participate in Mediation prior to trial unless the parties agree to another form of ADR.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this 26 day of April, 2021.

15TH JUDICIAL CIRCUIT

ADMINISTRATIVE OFFICE OF THE COURT

**Administrative Circuit Judge**

Filing # 150314565 E-Filed 05/25/2022 04:10:40 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.     **CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH   JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH   COUNTY, FLORIDA

Rachelle Arberman
Plaintiff

Case # _____
Judge _____

vs.

PNC Bank National Association
Defendant

II.     **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

III.     **TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☒ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.   Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☐ no
    ☒ yes If "yes," list all related cases by name, case number, and court.
    0

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Scott Silver        Fla. Bar # 95631
      Attorney or party              (Bar # if attorney)

Scott Silver             05/25/2022
  (type or print name)          Date

Filing # 150314565 E-Filed 05/25/2022 04:10:40 PM

## IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

### Case No.

Rachelle Arberman,

        Plaintiff,

    v.

PNC Bank, National Association,

        Defendant.

_____/

### COMPLAINT

COMES NOW, PLAINTIFF **Rachelle Arberman** by and through undersigned counsel hereby sues DEFENDANT **PNC Bank, National Association** and alleges as follows:

### A. PARTIES

1.      Plaintiff **Rachelle Arberman** ("Plaintiff") is an adult individual, born in 1949 who is *sui juris* and resides in Palm Beach County, Florida.

2.      Defendant **PNC Bank, National Association** ("PNC Bank") is a bank organized under the laws of the United States of America, which is incorporated in and has its main offices located in Pennsylvania.

3.      PNC Bank conducts substantial business in Florida and in Palm Beach County. On information and belief, PNC Bank has 194 branches in Florida, including over 30 branches in Palm Beach County alone, where it provides both consumer and commercial banking services to the public.

4.      On information and belief, despite conducting substantial business in Florida, PNC Bank is not actively registered to do business as a foreign or domestic business entity in Florida.

The database of registered business entities on the official website maintained by the Division of Corporations, Florida Department of State (https://dos.myflorida.com/sunbiz/) contains no listing of PNC Bank showing an active registration of that entity in Florida.

## B.  JURISDICTION AND VENUE

5.      The underlying action is for damages in excess of $30,000, exclusive of interest, costs, and attorneys' fees. *See* Fla. Stat. §§ 26.012(2)(a), 34.01(c)(2).

6.      Specific jurisdiction over Defendant exists in accordance with Section 48.193(1)(a) and (2), Florida Statutes, because during the relevant time period Defendant: (1) operated, conducted, engaged in, and/or carried on a business in the State of Florida; (2) maintained offices and/or agents in the State of Florida; and (3) committed tortious acts within the State of Florida.

7.      General jurisdiction exists over Defendant in accordance with Section 48.193(2), Florida Statutes, because Defendant engaged in substantial and not isolated activity within the State of Florida during the relevant time period.

8.      Venue is proper in Palm Beach County, Florida, because it is the county in which: (1) the underlying controversy arose; (2) Defendant committed the alleged wrongdoing; (3) Defendant conducts business; and (4) Defendant has agents and other representatives.

## C.  STATEMENT OF CASE

9.      Plaintiff incorporates by reference all allegations contained in Paragraphs 1 – 8, as though fully restated and set-forth herein.

10.      On or about August 28, 2020, Plaintiff was contacted by a fraudster who falsely claimed to be a federal law enforcement officer ("Doe").

11.      Doe informed Plaintiff that her bank account had been compromised and that Plaintiff must assist federal law enforcement in apprehending the fraudster.

The database of registered business entities on the official website maintained by the Division of Corporations, Florida Department of State (https://dos.myflorida.com/sunbiz/) contains no listing of PNC Bank showing an active registration of that entity in Florida.

## B.  JURISDICTION AND VENUE

5.     The underlying action is for damages in excess of $30,000, exclusive of interest, costs, and attorneys' fees. *See* Fla. Stat. §§ 26.012(2)(a), 34.01(c)(2).

6.     Specific jurisdiction over Defendant exists in accordance with Section 48.193(1)(a) and (2), Florida Statutes, because during the relevant time period Defendant: (1) operated, conducted, engaged in, and/or carried on a business in the State of Florida; (2) maintained offices and/or agents in the State of Florida; and (3) committed tortious acts within the State of Florida.

7.     General jurisdiction exists over Defendant in accordance with Section 48.193(2), Florida Statutes, because Defendant engaged in substantial and not isolated activity within the State of Florida during the relevant time period.

8.     Venue is proper in Palm Beach County, Florida, because it is the county in which: (1) the underlying controversy arose; (2) Defendant committed the alleged wrongdoing; (3) Defendant conducts business; and (4) Defendant has agents and other representatives.

## C.  STATEMENT OF CASE

9.     Plaintiff incorporates by reference all allegations contained in Paragraphs 1 – 8, as though fully restated and set-forth herein.

10.     On or about August 28, 2020, Plaintiff was contacted by a fraudster who falsely claimed to be a federal law enforcement officer ("Doe").

11.     Doe informed Plaintiff that her bank account had been compromised and that Plaintiff must assist federal law enforcement in apprehending the fraudster.

12.     Doe told Plaintiff that, if she refused to assist, she would be investigated as a potential accomplice to the fraud.

13.     From August 28, 2020 to November 3, 2020, Doe fraudulently coerced Plaintiff to withdraw sums of money from her PNC Bank account, purchase gift cards using her PNC Bank credit/debit card(s), and purchase cryptocurrency using her PNC Bank account and transfer said sums to one or more of John Doe's fraudulent enterprises.

14.     All transactions, especially when aggregated, were wildly inconsistent with the Plaintiff's normal monthly transactions. June 2020 through August 2020 Bank Statements attached as EXHIBIT A.

15.     Starting on September 2, 2020, Plaintiff began transferring large sums of money from other sources into her PNC checking account as follows:

> a.  September 2, 2020: one (1) deposit equal to $12,359.42;
>
> b.  September 4, 2020: one (1) transfer from Goldman Sachs equal to $15,370.08;
>
> c.  September 8, 2020: one (1) wire transfer equal to $117,496.31 and one (1) transfer from Goldman Sachs equal to $50,283.49;
>
> d.  September 9, 2020: two (2) deposits totaling $115,610.06;
>
> e.  October 9, 2020: one (1) wire transfer equal to $15,000;
>
> f.  November 2, 2020: one (1) deposit equal to $30,000;
>
> g.  November 8, 2020: one (1) transfer equal to $800.00;
>
> h.  December 28, 2020: one (1) online transfer equal to $800.00;
>
> i.  January 4, 2021: one (1) deposit equal to $1,005.00.

PNC Bank Statements attached as EXHIBIT B

16. At Doe's inducement, Plaintiff initiated the following withdrawals from her account with PNC Bank:

     a. September 2, 2020: one (1) cash withdrawal of $4,000;

     b. September 3, 2020: two (2) separate cash withdrawals totaling $12,000;

     c. September 8, 2020: cash withdrawal of $5,000;

     d. September 9, 2020: five (5) separate cash withdrawals totaling $119,000;

     e. September 10, 2020: three (3) separate cash withdrawals totaling $45,000;

     f. September 11, 2020: two (2) separate cash withdrawals totaling $25,000 and the purchase of cryptocurrency, Coinbase, totaling $1,900;

     g. September 14, 2020: three (3) separate cash withdrawals totaling $16,000;

     h. September 16, 2020: one (1) cash withdrawal of $30,000;

     i. September 17, 2020: one (1) cash withdrawal of $15,000;

     j. September 22, 2020: one (1) cash withdrawal of $2,900;

     k. November 4, 2020: three (3) separate cash withdrawals totaling $30,000.

*See* EXHIBIT B.

17. On each day that Plaintiff made multiple withdrawals from her PNC Bank account, she went to different branches to do so, per Doe's instructions.

18. Of the more than twenty-five (25) total in person large bank transactions, only one employee raised a red flag at PNC Bank.

19. Upon information and belief, the employee was the branch manager at the PNC Branch located at 16120 S. Jog Road, Delray Beach, FL 33446.

16.    At Doe's inducement, Plaintiff initiated the following withdrawals from her account with PNC Bank:

    a.   September 2, 2020: one (1) cash withdrawal of $4,000;

    b.   September 3, 2020: two (2) separate cash withdrawals totaling $12,000;

    c.   September 8, 2020: cash withdrawal of $5,000;

    d.   September 9, 2020: five (5) separate cash withdrawals totaling $119,000;

    e.   September 10, 2020: three (3) separate cash withdrawals totaling $45,000;

    f.   September 11, 2020: two (2) separate cash withdrawals totaling $25,000 and the purchase of cryptocurrency, Coinbase, totaling $1,900;

    g.   September 14, 2020: three (3) separate cash withdrawals totaling $16,000;

    h.   September 16, 2020: one (1) cash withdrawal of $30,000;

    i.   September 17, 2020: one (1) cash withdrawal of $15,000;

    j.   September 22, 2020: one (1) cash withdrawal of $2,900;

    k.   November 4, 2020: three (3) separate cash withdrawals totaling $30,000.

    *See* EXHIBIT B.

17.    On each day that Plaintiff made multiple withdrawals from her PNC Bank account, she went to different branches to do so, per Doe's instructions.

18.    Of the more than twenty-five (25) total in person large bank transactions, only one employee raised a red flag at PNC Bank.

19.    Upon information and belief, the employee was the branch manager at the PNC Branch located at 16120 S. Jog Road, Delray Beach, FL 33446.

20.     The alleged safety measures in place at PNC Bank failed to detect the Plaintiff's large deposits and withdrawals from its branches in the same day (sometimes up to five transactions).

21.     On or about October 13, 2020, at the fraudulent inducement of Doe, using her PNC Bank debit card, Plaintiff purchased cryptocurrency via the vendor Remitly equal to $2,997 and via the vendor Worldremit equal to $8,415. *See* EXHIBIT B.

22.     On or about October 19, 2020, using her PNC Bank debit card, Plaintiff sent cash from her account via the vendor Worldremit equal to $4,512. *See* EXHIBIT B.

23.     Doe, posing as "Michael," also fraudulently induced Plaintiff to purchase gift cards and to read the codes on the card to him via telephone.   Specifically, Plaintiff purchased the following gift cards:

      a. On or about September 6, 2020, using her PNC Bank credit card, Plaintiff purchased the following gift cards:

          i. Best Buy: $2,000

          ii. CVS: $2,000

          iii. Target: $1,000

          iv. 7-Eleven: $500

          v. Walgreens: $1,000 (2 cards)

PNC Bank Credit Card statements attached as EXHIBIT C.

      b. On or about September 7, 2020, using her PNC Bank credit card, Plaintiff purchased the following gift cards:

          i. Macy's: $4,000 (2 cards)

          ii. Nordstrom: $6,000 (3 cards)

*See* EXHIBIT C.

    c.  On or about September 12, 2020, using her PNC Bank credit card, Plaintiff purchased a $2,000 gift card for CVS. *See* EXHIBIT C.

    d.  On September 14, 2020, using her PNC Bank credit card, Plaintiff purchased the following gift cards:

        i.  Best Buy: $2,000

        ii.  Winn Dixie: $1,000

*See* EXHIBIT C.

24.    From about September 13, 2020 to about September 22, 2020, Doe fraudulently coerced Plaintiff to purchase cryptocurrency from Coinflip totaling $8,500.

25.    Plaintiff was instructed to send many of the cash withdrawals and the bank checks identified in Paragraph 16d via Fedex, to Fedex pick up locations at different Walgreens stores located in Maryland, Virginia, and Florida.

26.    To date, Plaintiff has been unable to reclaim the lost funds.

### D.  COUNT: NEGLIGENCE

27.    Plaintiff incorporates by reference all allegations contained in Paragraphs 1 – 26, as though fully restated and set-forth herein.

28.    Plaintiff is over the age of eighteen (18) and suffers from the infirmities of aging so is considered a vulnerable adult pursuant to Florida Statutes Section 415.102(28).

29.    PNC Bank was, at all times during the course of the events outlined in this complaint, under an obligation to report exploitation of vulnerable adults pursuant to Florida Statutes Section 415.1034(1)(a)(8).

30.    Upon information and belief, PNC failed to report Plaintiff's obvious exploitation.

31.     PNC Bank had a duty to Plaintiff to use due care in its transacting business with the Plaintiff.

32.     Plaintiff's harm is a foreseeable result of PNC Bank's duty as is outlined in Florida's laws to protect vulnerable adults.

33.     PNC Bank breached its duty to Plaintiff by:

    a.  Failing to question the Plaintiff's numerous in-person withdrawal requests during a short period of time.

    b.  Failing to question if Plaintiff understood cryptocurrency.

    c.  Failing to flag the continued out of the ordinary use of the Plaintiff's PNC Bank debit card during a short period of time.

    d.  Failing to flag the continued out of the ordinary use of the PNC Bank credit card during a short period of time.

    e.  Failing to report the financial exploitation of Plaintiff, as required by Florida law.

34.     PNC Bank's failure to carry out its duties to the Plaintiff caused harm to the Plaintiff.

35.     As a direct and proximate result of PNC Bank's breach of its duty to Plaintiff, Plaintiff suffered damages equal to $428,490.00.

### ***Prayer for Relief***

WHEREFORE, Plaintiff **Rachelle Arberman** prays for judgment against the Defendant **PNC Bank, National Association** as follows:

(a)     Awarding Plaintiff all actual damages in the sum of $428,490.00, plus pre- and post-judgment interest.

(b)     Awarding Plaintiff all attorneys' fees and costs associated with litigating this case.

(c)     Such further relief as this Court deems just and proper.

## E.     DEMAND FOR JURY TRIAL

Plaintiff Demands a trial by jury.

Respectfully submitted,

**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 755-4799
Facsimile: (954) 755-4684

/s/Scott L. Silver
**Scott L. Silver, Esq.**
Fla. Bar No. 095631
E-mail:  SSilver@silverlaw.com
**Peter M. Spett, Esq.,** *Of Counsel*
Fla. Bar No. 88840
Email: pspett@spettlaw.com

*Counsel for Plaintiff*

**COMPASS LAW PARTNERS**
51 Monroe Street, Suite 408
Rockville, Maryland 20850
Telephone: (240) 454-1013
Facsimile: (301) 740-2297

/s/Brian R. Della Rocca
**Brian R. Della Rocca, Esq.**
*Admission Pro Hac Vice Pending*
E-mail: bdellarocca@compass-law.com

*Counsel for Plaintiff*

# EXHIBIT A

# Standard Checking Statement

PNC Bank

 PNC BANK

| | |
|---|---|
| | Primary account number:  ▓▓▓▓6188 |
| | Page 1 of 3 |
| **For the period   06/06/2020   to   07/07/2020** | Number of enclosures:    0 |

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
▓▓▓▓▓▓▓▓▓

BOYNTON BEACH FL 33437-4924

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC
TTY/TDD 1-800-531-1648
For Customers who are Deaf or Hard of Hearing
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Moving?  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com

## IMPORTANT ACCOUNT INFORMATION

Effective June 26, 2020, we are changing the "Disclosures of your Rights and Obligations" section of the
Consumer Electronic Funds Transfer Disclosure Statement found in your Account Agreement for Personal
Checking, Savings and Money Market Accounts ("Agreement"). Specifically, starting June 26, 2020, the below
provision will apply to both PIN and non-PIN unauthorized transactions. All other information in your
Agreement continues to apply to your account. Please read this information and keep it with your records.

THE FOLLOWING PROVISION WILL BE EFFECTIVE STARTING JUNE 26, 2020:
Consumer Electronic Funds Transfer Disclosure Statement
Disclosures of your rights and obligations
Consumers' Liability for Unauthorized Transactions
Contact information for reporting lost or stolen cards is provided at the end of this statement.
Tell us AT ONCE if you believe your card and/or Personal Identification Number ("PIN") has been lost or
stolen or if you believe that an electronic fund transfer has been made without your permission. Telephoning
is the best way of keeping your possible losses down. You could lose all the money in your checking or
savings accounts to which you have access, plus your maximum overdraft line of credit or the balance in any
other account connected to your account for overdraft protection. If you tell us promptly after you learn of
the loss or theft of your card or an unauthorized transaction, you will not incur any loss or liability if
someone used your card or made a transfer without your permission. Also, if your statement shows transfers
that you did not make, tell us at once. If you do not tell us within 60 days after the statement was mailed
to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped
someone from making the transfer if you had told us in time.
a. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the
time periods.
b. Our business days include every day except Saturday, Sunday and a federal holiday.
c. If you believe your card or PIN has been lost or stolen or that someone has transferred or may transfer
money from your checking or savings account without your permission, call the phone number or write to the
address shown at the end of this disclosure statement.

How to notify us in case of errors or questions about your Electronic Transfers
For PIN and Non-PIN transactions, ATM transactions and/or banking machine disputes and electronic check

# Standard Checking Statement

For 24-hour Information, sign on to PNC Bank Online Banking
on pnc.com
Account Number: ▓6188 – continued

For the period   06/06/2020   to   07/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: ▓6188
Page 2 of 3

conversions:
> Call us: 1-888-PNC-BANK (1-888-762-2265) or 1-800-531-1648 (TT)
> Write us:  PNC Bank Debit Card Services
500 First Avenue, 4th Floor Mailstop: P7-PFSC-04-M Pittsburgh, Pennsylvania 15219
For Online Banking services and/or Online Banking through Quicken® disputes:
> Call us: 1-888-PNC-BANK (1-888-762-2265) or 1-800-531-1648 (TT)
> Write us:  PNC Bank Debit Card Services
500 First Avenue, 4th Floor Mailstop: P7-PFSC-04-M Pittsburgh, Pennsylvania 15219
For ACH transaction disputes:
> Call us: 1-888-PNC-BANK (1-888-762-2265) or 1-800-531-1648 (TT)
If your card is lost or stolen, notify us immediately by calling 1-888-PNC-BANK (1-888-762-2265).

Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC?
Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a
link, opened an attachment and/or disclosed personal information, immediately change your online banking
password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035,
select 1 for personal account or 2 for a business account, then select option 3.

## Standard Checking Account Summary

Account number: ▓6188

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Overdraft Protection   has not been established for this account.
  Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 3,847.56 | 4,802.23 | 3,081.67 | 5,568.12 |
| | | Average monthly balance | Charges and fees |
| | | 5,389.27 | .00 |

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling $4,802.23.

| Date | Amount | Description |
|---|---|---|
| 06/10 | 2,301.93 | Mobile Deposit Reference No. 076213625 |
| 06/18 | .30 | Mobile Deposit Reference No. 076581068 |
| 06/23 | 500.00 | Online Transfer From   0000001202277133 |
| 07/03 | 2,000.00 | ACH Web Pmt-Sin- P2P |
| | | BKUNNA CK WEBXFR RACHELLE . ARBE |

### Online and Electronic Banking Deductions

There were 8 Online or Electronic Banking Deductions totaling $3,081.67.

| Date | Amount | Description |
|---|---|---|
| 06/08 | 34.91 | Web Pmt Single - Online Pmt |
| | | Palm Beach Water Ckf691329363POS |
| 06/19 | 1,061.05 | Web Pmt Single - Online Pmt |
| | | Citibusiness Car Ckf691329363POS |

Online and Electronic Banking Deductions continued on next page

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ████████6188 - continued

For the period  06/06/2020  to  07/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: ████████6188
Page 3 of 3

## Online and Electronic Banking Deductions          - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/23 | 55.38 | Web Pmt Single - Online Pmt |
| | | Fp&L Ckf691329363POS |
| 06/25 | 134.42 | Direct Payment - Prem Pymt |
| | | American Mem. 7419799 |
| 07/03 | 788.00 | Web Pmt Single - Online Pmt |
| | | Association Serv Ckf691329363POS |
| 07/03 | 525.00 | Web Pmt Single - Online Pmt |
| | | Chase Card Serv Ckf691329363POS |
| 07/03 | 448.00 | Web Pmt Single - Online Pmt |
| | | Association Serv Ckf691329363POS |
| 07/07 | 34.91 | Web Pmt Single - Online Pmt |
| | | Palm Beach Water Ckf691329363POS |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 06/06 | 3,847.56 | 06/18 | 6,114.88 | 06/23 | 5,498.45 | 07/03 | 5,603.03 |
| 06/08 | 3,812.65 | 06/19 | 5,053.83 | 06/25 | 5,364.03 | 07/07 | 5,568.12 |
| 06/10 | 6,114.58 | | | | | | |

Member FDIC                    🏠 Equal Housing Lender

# Standard Checking Statement

PNC Bank

 PNC BANK

| | |
|---|---|
| | Primary account number: ▓▓▓6188 |
| | Page 1 of 2 |
| | Number of enclosures:   0 |

**For the period**   07/08/2020   to   08/07/2020

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
▓▓▓▓▓▓▓▓▓▓

BOYNTON BEACH FL 33437-4924

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC

TTY/TDD 1-800-531-1648
For Customers who are Deaf or Hard of Hearing
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Moving?  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC?
Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a
link, opened an attachment and/or disclosed personal information, immediately change your online banking
password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035,
select 1 for personal account or 2 for a business account, then select option 3.

## Standard Checking Account Summary

Account number:  ▓▓▓6188

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Overdraft Protection   has not been established for this account.
   Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5,568.12 | 2,650.00 | 5,562.50 | 2,655.62 |
| | | Average monthly balance | Charges and fees |
| | | 3,731.17 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 2 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 3 Deposits and Other
Additions totaling $2,650.00.

| Date | Amount | Description |
|---|---|---|
| 07/09 | 2,000.00 | ACH Web Pmt-Sin- P2P |
| | | BKUNNA CK WEBXFR RACHELLE . ARBE |

Deposits and Other Additions continued on next page

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

For the period   07/08/2020   to   08/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: ████6188
Page 2 of 2

Account Number: ████6188 - continued

## Deposits and Other Additions   *- continued*

| Date | Amount | Description |
|---|---|---|
| 08/04 | 100.00 | Mobile Deposit Reference No.  077578933 |
| 08/07 | 550.00 | Online Transfer From ████7133 |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 1084 | 2,292.00 | 07/15 | 072747287 | 7409 * | 265.00 | 07/13 | 071043251 |

* Gap in check sequence

There were 2 checks listed totaling $2,557.00.

## Online and Electronic Banking Deductions

There were 3 Online or Electronic Banking Deductions totaling $3,005.50.

| Date | Amount | Description |
|---|---|---|
| 07/20 | 2,815.61 | Web Pmt Single - Online Pmt Citibusiness Car Ckf691329363POS |
| 07/23 | 55.47 | Web Pmt Single - Online Pmt Fp&L Ckf691329363POS |
| 07/27 | 134.42 | Direct Payment - Prem Pymt American Mem. 7419799 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/08 | 5,568.12 | 07/15 | 5,011.12 | 07/23 | 2,140.04 | 08/04 | 2,105.62 |
| 07/09 | 7,568.12 | 07/20 | 2,195.51 | 07/27 | 2,005.62 | 08/07 | 2,655.62 |
| 07/13 | 7,303.12 | | | | | | |

Member FDIC          Equal Housing Lender

# Standard Checking Statement

PNC Bank

 PNC BANK

| | |
|---|---|
| Primary account number: ████6188 | |
| Page 1 of 3 | |
| Number of enclosures: | 0 |

**For the period    08/08/2020  to  09/08/2020**

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
████████████

BOYNTON BEACH FL 33437-4924

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, call 1-866-HOLA-PNC

TTY/TDD 1-800-531-1648
For Customers who are Deaf or Hard of Hearing
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Moving?  Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC?
Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

## Standard Checking Account Summary

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Account number:    ████6188

Overdraft Protection    has not been established for this account.
   Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,655.62 | 198,342.84 | 17,073.79 | 183,924.67 |
| | | Average monthly balance | Charges and fees |
| | | 10,493.75 | 15.00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 5 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 10 Deposits and Other Additions totaling $198,342.84.

| Date | Amount | Description |
|---|---|---|
| 08/20 | 132.00 | Mobile Deposit Reference No. 071209201 |
| 08/25 | 700.00 | Online Transfer From ████████7133 |

Deposits and Other Additions continued on next page

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: [████]6188 - continued

For the period    08/08/2020    to    09/08/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: [████]6188
Page 2 of 3

## Deposits and Other Additions        - continued

| Date | Amount | Description |
|---|---|---|
| 08/28 | 2,000.00 | ACH Web Pmt-Sin- P2P |
| | | BKUNNA CK WEBXFR RACHELLE . ARBE |
| 09/02 | 12,359.42 | Deposit Reference No. 031852804 |
| 09/04 | 15,370.08 | ACH Web Pmt-Sin- P2P |
| | | GOLDMAN SACHS BA arberman,rachel |
| 09/04 | .68 | ACH Web Pmt-Sin- P2P |
| | | GOLDMAN SACHS BA arberman,rachel |
| 09/08 | .44 | Direct Deposit - Axp Test |
| | | AMERICANEXPRESS XXXXXXXXXXX1000 |
| 09/08 | .42 | Direct Deposit - Axp Test |
| | | AMERICANEXPRESS XXXXXXXXXXX1000 |
| 09/08 | 117,496.31 | Wire Transfer In 209I4334R0F0M10 |
| 09/08 | 50,283.49 | ACH Web Pmt-Sin- P2P |
| | | GOLDMAN SACHS BA arberman,rachel |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|---|
| 1085 | 150.00 | 08/21 | 072788191 | 7411 * | | 43.71 | 08/28 | 071098116 |

* Gap in check sequence

There were 2 checks listed totaling $193.71.

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 08/11 | 38.42 | Web Pmt Single - Online Pmt |
| | | Palm Beach Water Ckf691329363POS |
| 08/20 | 426.40 | Web Pmt Single - Online Pmt |
| | | Citibusiness Car Ckf691329363POS |
| 08/25 | 134.42 | Direct Payment - Prem Pymt |
| | | American Mem. 7419799 |
| 08/25 | 59.45 | Web Pmt Single - Online Pmt |
| | | Fp&L Ckf691329363POS |
| 08/31 | 100.00 | Online Transfer To [████]7133 |
| 09/01 | 13.52 | Web Pmt Single - Online Pmt |
| | | Chase Card Serv Ckf691329363POS |
| 09/03 | 57.96 | Web Pmt Single - Online Pmt |
| | | The Home Depot Ckf691329363POS |
| 09/04 | 34.91 | Web Pmt Single - Online Pmt |
| | | Palm Beach Water Ckf691329363POS |

There were 8 Online or Electronic Banking Deductions totaling $865.08.

## Other Deductions

| Date | Amount | Description |
|---|---|---|
| 09/02 | 4,000.00 | Withdrawal Reference No. 031852806 |
| 09/03 | 7,000.00 | Withdrawal Reference No. 032847736 |
| 09/03 | 5,000.00 | Withdrawal Reference No. 032812701 |
| 09/08 | 15.00 | Wire Transfer In |

There were 4 Other Deductions totaling $16,015.00.

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: [REDACTED]6188 - continued

For the period   08/08/2020   to   09/08/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: [REDACTED]6188
Page 3 of 3

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 08/08 | 2,655.62 | 08/21 | 2,172.80 | 08/31 | 4,535.22 | 09/03 | 823.16 |
| 08/11 | 2,617.20 | 08/25 | 2,678.93 | 09/01 | 4,521.70 | 09/04 | 16,159.01 |
| 08/20 | 2,322.80 | 08/28 | 4,635.22 | 09/02 | 12,881.12 | 09/08 | 183,924.67 |

Member FDIC                    Equal Housing Lender

# EXHIBIT B

**Silver Law Group**
11780 W. Sample Road
Coral Springs, FL 33065
Phone: (954) 755-4799
Fax: (954) 755-4684

# Standard Checking Statement

PNC Bank

⊙ **PNC BANK**

| | |
|---|---|
| | Primary account number: ▓▓▓▓6188 |
| | Page 1 of 3 |
| **For the period   08/08/2020   to   09/08/2020** | Number of enclosures:   0 |

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
▓▓▓▓▓▓▓▓▓▓▓

BOYNTON BEACH FL 33437-4924

⬚ For 24-hour banking, and transaction or
  Interest rate Information, sign-on to
☎ PNC Bank Online Banking at pnc.com
  For customer service call 1-888-PNC-BANK
  Para servicio en espanol, 1-866-HOLA-PNC
▦ TTY/TDD 1-800-531-1648
  For Customers who are Deaf or Hard of Hearing
  Monday - Friday: 7 AM - 10 PM ET
  Saturday & Sunday: 8 AM - 5 PM ET
  Moving?  Please contact us at 1-888-PNC-BANK

✉ Write to:  Customer Service
  PO Box 609
  Pittsburgh, PA  15230-9738
⬚ Visit us at pnc.com

**Cyber Security Awareness**

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC?
Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a
link, opened an attachment and/or disclosed personal Information, Immediately change your online banking
password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035,
select 1 for personal account or 2 for a business account, then select option 3.

## Standard Checking Account Summary

Account number:   ▓▓▓▓6188

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Overdraft Protection    has not been established for this account.
  Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account Is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,655.62 | 198,342.84 | 17,073.79 | 183,924.67 |
| | | Average monthly balance | Charges and fees |
| | | 10,493.75 | 15.00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 5 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 10 Deposits and Other
Additions totaling $198,342.84.

| Date | Amount | Description |
|---|---|---|
| 08/20 | 132.00 | Mobile Deposit Reference No.  071209201 |
| 08/25 | 700.00 | Online Transfer From  ▓▓▓▓▓▓▓7133 |

Deposits and Other Additions continued on next page

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ▨▨▨▨6188 – continued

For the period   08/08/2020   to   09/08/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: ▨▨▨▨6188
Page 2 of 3

## Deposits and Other Additions    – continued

| Date | Amount | Description |
|---|---|---|
| 08/28 | 2,000.00 | ACH Web Pmt-Sin- P2P |
| | | BKUNNA CK WEBXFR RACHELLE . ARBE |
| 09/02 | 12,359.42 | Deposit Reference No. 031852804 |
| 09/04 | 15,370.08 | ACH Web Pmt-Sin- P2P |
| | | GOLDMAN SACHS BA arberman,rachel |
| 09/04 | .68 | ACH Web Pmt-Sin- P2P |
| | | GOLDMAN SACHS BA arberman,rachel |
| 09/08 | .44 | Direct Deposit - Axp Test |
| | | AMERICANEXPRESS XXXXXXXXXXX1000 |
| 09/08 | .42 | Direct Deposit - Axp Test |
| | | AMERICANEXPRESS XXXXXXXXXXX1000 |
| 09/08 | 117,496.31 | Wire Transfer In 2098I4334R0F0M10 |
| 09/08 | 50,283.49 | ACH Web Pmt-Sin- P2P |
| | | GOLDMAN SACHS BA arberman,rachel |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 1085 | 150.00 | 08/21 | 072798191 | 7411 * | 43.71 | 08/28 | 071098116 |

* Gap in check sequence

There were 2 checks listed totaling $193.71.

## Online and Electronic Banking Deductions

There were 8 Online or Electronic Banking Deductions totaling $865.08.

| Date | Amount | Description |
|---|---|---|
| 08/11 | 38.42 | Web Pmt Single - Online Pmt |
| | | Palm Beach Water Ckf691329363POS |
| 08/20 | 426.40 | Web Pmt Single - Online Pmt |
| | | Citibusiness Car Ckf691329363POS |
| 08/25 | 134.42 | Direct Payment - Prem Pymt |
| | | American Mem. 7419799 |
| 08/25 | 59.45 | Web Pmt Single - Online Pmt |
| | | Fp&L Ckf691329363POS |
| 08/31 | 100.00 | Online Transfer To ▨▨▨▨7133 |
| 09/01 | 13.52 | Web Pmt Single - Online Pmt |
| | | Chase Card Serv Ckf691329363POS |
| 09/03 | 57.96 | Web Pmt Single - Online Pmt |
| | | The Home Depot Ckf691329363POS |
| 09/04 | 34.91 | Web Pmt Single - Online Pmt |
| | | Palm Beach Water Ckf691329363POS |

## Other Deductions

There were 4 Other Deductions totaling $16,015.00.

| Date | Amount | Description |
|---|---|---|
| 09/02 | 4,000.00 | Withdrawal Reference No. 031852806 |
| 09/03 | 7,000.00 | Withdrawal Reference No. 032847736 |
| 09/03 | 5,000.00 | Withdrawal Reference No. 032812701 |
| 09/08 | 15.00 | Wire Transfer In |

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: ▓▓▓▓6188 – continued

For the period   08/08/2020   to   09/08/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: ▓▓▓▓6188
Page 3 of 3

## Daily Balance Detail

| Date  | Balance   | Date  | Balance   | Date  | Balance    | Date  | Balance     |
|-------|-----------|-------|-----------|-------|------------|-------|-------------|
| 08/08 | 2,655.62  | 08/21 | 2,172.80  | 08/31 | 4,535.22   | 09/03 | 823.16      |
| 08/11 | 2,617.20  | 08/25 | 2,678.93  | 09/01 | 4,521.70   | 09/04 | 16,159.01   |
| 08/20 | 2,322.80  | 08/28 | 4,635.22  | 09/02 | 12,881.12  | 09/08 | 183,924.67  |

Member FDIC          🏠 Equal Housing Lender

# Standard Checking Statement

PNC Bank



Primary account number: ▓▓▓▓6188
Page 1 of 4
Number of enclosures:    0

**For the period   09/09/2020  to  10/07/2020**

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
▓▓▓▓▓▓▓▓▓▓▓▓▓

BOYNTON BEACH FL 33437-4924

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC

TTY/TDD 1-800-531-1648
For Customers who are Deaf or Hard of Hearing
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Moving?  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

IMPORTANT ACCOUNT INFORMATION

On July 12, 2020, we updated the "Inactive Accounts" and "Closing the Account" sections in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement").  All other information in your Agreement continues to apply to your account.  Please read this information and keep it with your records.

Inactive Accounts

If your Account is inactive as defined by law and you have not otherwise communicated with us about your Account for the period provided by law, we will be required to transfer the balance of your Account to the state, as abandoned property. If your Account is inactive for six (6) or more months, your Account will remain subject to all applicable service charges and fees, and we reserve the right to impose a nonrefundable inactivity charge on your Account. You also agree that if your Account is inactive for six (6) or more months, it will be subject to any new charges or fees or increases in charges or fees which go into effect during the period of inactivity, and that we may reduce the frequency with which we send you a periodic statement for your Account.  If your account remains inactive and has a zero balance, the Bank may close your account for non-use.

Closing the Account

You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.

REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS;

# Standard Checking Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number:  ▓▓▓ 6188  - continued

For the period   09/09/2020  to  10/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number:  ▓▓▓ 6188
Page 2 of 4

## DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may
also report information to credit bureaus about any joint owner(s). Negative information, including closing
of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each
joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems
or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you
may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the
dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ,
85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## Standard Checking Account Summary

Account number:  ▓▓▓ 6188

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Overdraft Protection   has not been established for this account.
  Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 183,924.67 | 116,350.06 | 295,719.61 | 4,555.12 |
| | | Average monthly balance | Charges and fees |
| | | 29,450.21 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 19 | 0 | 1 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

# Standard Checking Statement

For 24-hour Information,sign on to PNC Bank Online Banking
on pnc.com

Account Number: �one6188 - continued

For the period   09/09/2020   to   10/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number:   ▮▮▮▮6188
Page 3 of 4

## Activity Detail

### Deposits and Other Additions

There were 3 Deposits and Other Additions totaling $116,350.06.

| Date | Amount | Description |
|---|---|---|
| 09/09 | 29,984.52 | Deposit Reference No. 030836537 |
| 09/09 | 85,625.54 | ACH Web Pmt-Sin- Acct Close |
| | | AMERICAN EXPRESS ARBERMAN,RACHEL |
| 09/29 | 740.00 | Online Transfer From ▮▮▮7133 |

### Checks and Substitute Checks

There were 3 checks listed totaling $25,065.00.

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| 1086 | 5,000.00 | 09/11 | 070063079 | 1088 | 65.00 | 09/25 | 077064106 |
| 1087 | 20,000.00 | 09/14 | 071109092 | | | | |

\* Gap in check sequence

### Banking/Debit Card Withdrawals and Purchases

There was 1 Debit Card/Bank card PIN POS purchase totaling $1,000.00.

| Date | Amount | Description |
|---|---|---|
| 09/14 | 1,000.00 | POS Purchase Winn-Dixie Delray Beach Fl |

### Online and Electronic Banking Deductions

There were 8 Online or Electronic Banking Deductions totaling $6,643.61.

| Date | Amount | Description |
|---|---|---|
| 09/09 | 259.04 | Zel To Loren Greene |
| 09/11 | 1,900.00 | Web Pmt Single - 8889087930 |
| | | Coinbase.Com 38Ygb5Hxf6A7 |
| 09/14 | 2,000.00 | Web Pmt Single - Transfer |
| | | Chasbk Ck Webxfr 2551227253 |
| 09/15 | 1,032.15 | Web Pmt Single - Online Pmt |
| | | Citibusiness Car Ckf691329363POS |
| 09/15 | 64.00 | Web Pmt Single - Online Pmt |
| | | Fp&L Ckf691329363POS |
| 09/25 | 134.42 | Direct Payment - Prem Pymt |
| | | American Mem. 7419799 |
| 10/05 | 788.00 | Web Pmt Single - Online Pmt |
| | | Association Serv Ckf691329363POS |
| 10/05 | 466.00 | Web Pmt Single - Online Pmt |
| | | Association Serv Ckf691329363POS |

### Other Deductions

There were 18 Other Deductions totaling $263,011.00.

| Date | Amount | Description |
|---|---|---|
| 09/09 | 71,000.00 | Withdrawal Reference No. 030360634 |
| 09/09 | 30,000.00 | Withdrawal Reference No. 034270296 |
| 09/09 | 7,000.00 | Withdrawal Reference No. 034258322 |
| 09/09 | 6,000.00 | Withdrawal Reference No. 030836539 |
| 09/09 | 5,000.00 | Withdrawal Reference No. 030360622 |
| 09/10 | 30,000.00 | Withdrawal Reference No. 034711997 |
| 09/10 | 10,000.00 | Withdrawal Reference No. 031908630 |
| 09/10 | 5,000.00 | Withdrawal Reference No. 031929785 |
| 09/11 | 15,000.00 | Withdrawal Reference No. 035975134 |
| 09/11 | 10,000.00 | Withdrawal Reference No. 035777745 |

Other Deductions continued on next page

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number:  ▓▓▓6188  – continued

For the period   09/09/2020   to   10/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number:  ▓▓▓6188
Page 4 of 4

## Other Deductions   – continued

| Date | Amount | Description |
|------|--------|-------------|
| 09/14 | 10,000.00 | Online Credit Card Pmt 09/12 XXXX3978 |
|  |  | Effective 09-11-20 |
| 09/14 | 7,000.00 | Withdrawal Reference No. 030553721 |
| 09/14 | 7,000.00 | Withdrawal Reference No. 033411673 |
| 09/14 | 2,000.00 | Withdrawal Reference No. 030513838 |
| 09/16 | 30,000.00 | Withdrawal Reference No. 032913586 |
| 09/17 | 15,000.00 | Withdrawal Reference No. 033366101 |
| 09/22 | 2,900.00 | Withdrawal Reference No. 030829725 |
| 10/05 | 111.00 | Online Credit Card Pmt 10/05 XXXX3978 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 09/09 | 180,275.69 | 09/14 | 54,375.69 | 09/17 | 8,279.54 | 09/29 | 5,920.12 |
| 09/10 | 135,275.69 | 09/15 | 53,279.54 | 09/22 | 5,379.54 | 10/05 | 4,555.12 |
| 09/11 | 103,375.69 | 09/16 | 23,279.54 | 09/25 | 5,180.12 | | |

Member FDIC          Equal Housing Lender

# Standard Checking Statement

PNC Bank

 PNC BANK

Primary account number: ▓▓▓▓ 6188
Page 1 of 3
Number of enclosures:        0

### For the period   10/08/2020  to  11/06/2020

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
▓▓▓▓▓▓▓▓▓▓▓

BOYNTON BEACH FL 33437-4924

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC

TTY/TDD 1-800-531-1648
For Customers who are Deaf or Hard of Hearing
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Moving?  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS;
DISPUTING REPORTED INFORMATION

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may
also report information to credit bureaus about any joint owner(s). Negative information, including closing
of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each
joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems
or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you
may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the
dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ,
85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number
> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

## Standard Checking Account Summary

Account number:    ▓▓▓▓ 6188

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Overdraft Protection   has not been established for this account.
    Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-In.

# Standard Checking Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number:  [XXXX]6188  – continued

For the period   10/08/2020   to   11/06/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number:   [XXXX]6188
Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 4,555.12 | 45,000.00 | 46,741.70 | 2,813.42 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 8,281.90 | 15.00 |

## Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 4 | 10 | 0 |

| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
|---|---|---|
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 10/09 | 15,000.00 | Wire Transfer In 20A9L3331Crr6Jy1 |
| 11/02 | 30,000.00 | Deposit Reference No. 032366628 |

There were 2 Deposits and Other Additions totaling $45,000.00.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 1089 | 105.00 | 11/02 | 074464446 |

There is 1 check listed totaling $105.00.

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 10/13 | 1,793.99 | 7282 Debit Card Purchase Remitly* S24A |
| 10/13 | 1,202.99 | 7282 Debit Card Purchase Remitly* P4F3 |
| 10/13 | 1,003.99 | 7282 Debit Card Purchase Worldremit  888-772777 |
| 10/13 | 903.99 | 7282 Debit Card Purchase Worldremit  888-772777 |
| 10/13 | 1,503.99 | 7282 Debit Card Purchase Worldremit  888-772777 |
| 10/13 | 2,998.99 | 7282 Debit Card Purchase Worldremit  888-772777 |
| 10/13 | 2,003.99 | 7282 Debit Card Purchase Worldremit  888-772777 |
| 10/19 | 1,503.99 | 7282 Debit Card Purchase Worldremit  888-772777 |
| 10/19 | 1,503.99 | 7282 Debit Card Purchase Worldremit  888-772777 |
| 10/19 | 1,503.99 | 7282 Debit Card Purchase Worldremit  888-772777 |

There were 10 other Banking Machine/Debit Card deductions totaling $15,923.90.

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 10/09 | 34.91 | Web Pmt Single - Online Pmt Palm Beach Water Ckf691329363POS |
| 10/16 | 35.00 | Web Pmt Single - Online Pmt Citibusiness Car Ckf691329363POS |

There were 7 Online or Electronic Banking Deductions totaling $697.80.

Online and Electronic Banking Deductions continued on next page

# Standard Checking Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number: ▓▓▓▓6188 - continued

For the period   10/08/2020   to   11/06/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number:   ▓▓▓▓6188
Page 3 of 3

## Online and Electronic Banking Deductions          - continued

| Date | Amount | Description |
|------|--------|-------------|
| 10/19 | 40.00 | Web Pmt Single - Online Pmt |
|  |  | Chase Card Serv Ckf691329363POS |
| 10/21 | 341.70 | Direct Payment - Ins Prem |
|  |  | Uscp&C Trust Flh0001664Arber |
| 10/23 | 68.77 | Web Pmt Single - Online Pmt |
|  |  | Fp&L Ckf691329363POS |
| 10/26 | 134.42 | Direct Payment - Prem Pymt |
|  |  | American Mem. 7419799 |
| 11/02 | 43.00 | Web Pmt Single - Online Pmt |
|  |  | Chase Card Serv Ckf691329363POS |

## Other Deductions

There were 4 Other Deductions totaling $30,015.00.

| Date | Amount | Description |
|------|--------|-------------|
| 10/09 | 15.00 | Wire Transfer In |
| 11/04 | 15,000.00 | Withdrawal Reference No. 031739925 |
| 11/04 | 10,000.00 | Withdrawal Reference No. 033945701 |
| 11/04 | 5,000.00 | Withdrawal Reference No. 031930364 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 10/08 | 4,555.12 | 10/16 | 8,058.28 | 10/23 | 3,095.84 | 11/02 | 32,813.42 |
| 10/09 | 19,505.21 | 10/19 | 3,506.31 | 10/26 | 2,961.42 | 11/04 | 2,813.42 |
| 10/13 | 8,093.28 | 10/21 | 3,164.61 |  |  |  |  |

Member FDIC                    Equal Housing Lender

# Standard Checking Statement

PNC Bank

 PNC BANK

| | |
|---|---|
| Primary account number: ▨▨▨6188 | |
| Page 1 of 3 | |
| Number of enclosures:   0 | |

For the period   11/07/2020   to   12/07/2020

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
▨▨▨▨▨▨▨

BOYNTON BEACH FL 33437-4924

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC

TTY/TDD 1-800-531-1648
For Customers who are Deaf or Hard of Hearing
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Moving?  Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

**IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)**

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now
available and can be viewed at pnc.com/purchasepayback-terms. By activating a Program offer, you agree to
these Terms and Conditions.  Please note that although we have made updates to the Terms and Conditions, we
have not made any changes to the Program or how you can activate offers.   LEARN MORE about PNC Purchase
Payback at pnc.com/purchasepayback.

**IMPORTANT ACCOUNT INFORMATION**

Any reimbursements for non-PNC ATM and/or Other Financial Institutions' ATM Surcharge Fees that your account
is entitled to will be reimbursed at the end of the statement period.  If your account is closed before the
end of the statement period, fees will not be reimbursed.

**REPORTING NEGATIVE INFORMATION TO CREDIT BUREAUS;**
**DISPUTING REPORTED INFORMATION**

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may
also report information to credit bureaus about any joint owner(s). Negative information, including closing
of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each
joint owner's credit report. If you believe that the information that PNC Bank is furnishing to ChexSystems
or Early Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you
may dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services, as applicable, however, the
dispute must be in writing and sent by mail or fax as follows:

> PNC Bank, P.O. Box 99685, Pittsburgh, PA 15233 (Please note this is a new P.O. Box number)

> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing 602-659-2197.
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ,
85260 or faxing it to: 480-656-6850.

Your correspondence should include the following information:
> Your name, address and Social Security number
> Your account number

# Standard Checking Statement

☑ For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com

Account Number: ▓▓▓▓6188 - continued

For the period   11/07/2020   to   12/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number:   ▓▓▓▓6188
Page 2 of 3

> The information being reported that you believe is inaccurate or incomplete
> Any supporting documents, such as account statements, letters, etc.
> A copy of the ChexSystems or Early Warning Services report, if available

IMPORTANT ACCOUNT INFORMATION

On July 12, 2020, we updated the "Closing the Account" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records. There is no additional action required by you at this time. This is only an informational message.

Closing the Account

You or the Bank can close your Account at any time. We may ask that you provide your request to close your Account in writing. If we close the Account, we will mail you a check for the final balance. If you close the Account, you will still be responsible for any outstanding checks written, or service charges or overdrafts incurred before, during or after the time you closed the Account. We are not required to close the Account at your request until all known authorized or outstanding items (including checks, ATM, point-of-sale, ACH and other electronic transactions) have been paid from your Account and any outstanding disputes (including but not limited to disputes regarding electronic transfers, ACH transactions or other unresolved internal research requests/disputes concerning the Account) have been resolved. Any items presented for payment after an Account has been closed will be returned to the payee and you will be liable for any associated charges. Any additional deposits or electronic credits (including Social Security, pension payments and automatic payroll deposits) will be returned to the originator.

IMPORTANT ACCOUNT INFORMATION

On December 13, 2020, we updated language in the "Amendment, Waiver" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). Below is the updated language. All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records.

Amendment, Waiver

We reserve the right to amend this Agreement (including the right to add new provisions and to convert your Account from one product to another) and our Consumer Schedule of Service Charges and Fees (including the right to change charges, fees and the manner in which we calculate and/or credit interest), from time to time.

## Standard Checking Account Summary

Account number:   ▓▓▓▓6188

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Overdraft Protection   has not been established for this account.
    Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-In.

# Standard Checking Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number: ▇▇6188 - continued

For the period  11/07/2020  to  12/07/2020
THE RACHELLE ARBERMAN LIV TRT
Primary account number: ▇▇6188
Page 3 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,813.42 | 800.00 | 729.47 | 2,883.95 |

| Average monthly balance | Charges and fees |
|---|---|
| 2,922.32 | .00 |

## Activity Detail

### Deposits and Other Additions

There was 1 Deposit or Other Addition totaling $800.00.

| Date | Amount | Description |
|---|---|---|
| 11/18 | 800.00 | Online Transfer From   0000001202277133 |

### Online and Electronic Banking Deductions

There were 6 Online or Electronic Banking Deductions totaling $470.47.

| Date | Amount | Description |
|---|---|---|
| 11/10 | 34.91 | Web Pmt Single - Online Pmt Palm Beach Water Ckf691329363POS |
| 11/19 | 159.00 | Web Pmt Single - Online Pmt Chase Card Serv Ckf691329363POS |
| 11/19 | 35.00 | Web Pmt Single - Online Pmt Citibusiness Car Ckf691329363POS |
| 11/23 | 72.14 | Web Pmt Single - Online Pmt Fp&L Ckf691329363POS |
| 11/25 | 134.42 | Direct Payment - Prem Pymt American Mem. 7419799 |
| 12/02 | 35.00 | Web Pmt Single - Online Pmt Chase Card Serv Ckf691329363POS |

### Other Deductions

There was 1 Other Deduction totaling $259.00.

| Date | Amount | Description |
|---|---|---|
| 11/19 | 259.00 | Online Credit Card Pmt 11/19 XXXX3978 |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/07 | 2,813.42 | 11/18 | 3,578.51 | 11/23 | 3,053.37 | 12/02 | 2,883.95 |
| 11/10 | 2,778.51 | 11/19 | 3,125.51 | 11/25 | 2,918.95 | | |

Member FDIC          🏠 Equal Housing Lender

# Standard Checking Statement

PNC Bank

 PNC BANK

| | |
|---|---|
| **For the period   12/08/2020  to  01/08/2021** | Primary account number: ▓▓ 6188 |
| | Page 1 of 2 |
| | Number of enclosures:   0 |

THE RACHELLE ARBERMAN LIV TRT
RACHELLE ARBERMAN TTEE
URTAD 09/14/2009
▓▓▓▓▓▓▓▓▓▓▓▓▓

BOYNTON BEACH FL 33437-4924

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Para servicio en espanol, 1-866-HOLA-PNC
TTY/TDD 1-800-531-1648
For Customers who are Deaf or Hard of Hearing
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Moving? Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

## IMPORTANT INFORMATION REGARDING PNC PURCHASE PAYBACK (R)

Updated PNC Purchase Payback Rewards Program (Program) Terms and Conditions (Terms and Conditions) are now available and can be viewed at pnc.com/purchasepayback-terms. By activating a Program offer, you agree to these Terms and Conditions.  Please note that although we have made updates to the Terms and Conditions, we have not made any changes to the Program or how you can activate offers.  LEARN MORE about PNC Purchase Payback at pnc.com/purchasepayback.

## Standard Checking Account Summary

Account number:  ▓▓ 6188

THE RACHELLE ARBERMAN LIV TRT
Rachelle Arberman TTEE
URTAD 09/14/2009

Overdraft Protection   has not been established for this account.
  Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-In.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,883.95 | 1,805.00 | 2,260.83 | 2,428.12 |
| | | Average monthly balance | Charges and fees |
| | | 2,000.13 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 2 | 0 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 2 Deposits and Other Additions totaling $1,805.00.

| Date | Amount | Description | |
|---|---|---|---|
| 12/28 | 800.00 | Online Transfer From | 0000001202277133 |
| 01/04 | 1,005.00 | Deposit Reference No.  030379460 | |

# Standard Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: ▓▓6188 – continued

For the period   12/08/2020   to   01/08/2021
THE RACHELLE ARBERMAN LIV TRT
Primary account number: ▓▓6188
Page 2 of 2

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 1090 | 106.59 | 12/29 | 076721405 |

There is 1 check listed totaling $106.59.

## Online and Electronic Banking Deductions

There were 11 Online or Electronic Banking Deductions totaling $1,182.24.

| Date | Amount | Description |
|---|---|---|
| 12/10 | 39.24 | Web Pmt Single - Online Pmt Palm Beach Water Ckf691329363POS |
| 12/18 | 35.00 | Web Pmt Single - Online Pmt Citibusiness Car Ckf691329363POS |
| 12/21 | 90.00 | Web Pmt Single - Online Pmt Chase Card Serv Ckf691329363POS |
| 12/23 | 341.70 | Direct Payment - Ins Prem Uscp&C Trust Flh0001664Arber |
| 12/23 | 73.22 | Web Pmt Single - Online Pmt Fp&L Ckf691329363POS |
| 12/23 | 68.00 | Web Pmt Single - Online Pmt Care Credit Ckf691329363POS |
| 12/28 | 134.42 | Direct Payment - Prem Pymt American Mem. 7419799 |
| 12/31 | 35.00 | Web Pmt Single - Online Pmt Chase Card Serv Ckf691329363POS |
| 01/04 | 300.00 | Online Transfer To   0000001202277133 |
| 01/05 | 30.00 | Online Transfer To   0000001202277133 |
| 01/08 | 35.66 | Web Pmt Single - Online Pmt Palm Beach Water Ckf691329363POS |

## Other Deductions

There were 2 Other Deductions totaling $972.00.

| Date | Amount | Description |
|---|---|---|
| 12/11 | 700.00 | Withdrawal Reference No. 031686931 |
| 12/21 | 272.00 | Online Credit Card Pmt 12/20 XXXX3978 Effective  12-18-20 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 12/08 | 2,883.95 | 12/18 | 2,109.71 | 12/28 | 1,930.37 | 01/04 | 2,493.78 |
| 12/10 | 2,844.71 | 12/21 | 1,747.71 | 12/29 | 1,823.78 | 01/05 | 2,463.78 |
| 12/11 | 2,144.71 | 12/23 | 1,264.79 | 12/31 | 1,788.78 | 01/08 | 2,428.12 |

Member FDIC          Equal Housing Lender

# EXHIBIT C

**Silver Law Group**
11780 W. Sample Road
Coral Springs, FL 33065
Phone: (954) 755-4799
Fax: (954) 755-4684

**Select the account information that you wish to print.**          Print     Close Window

◉ Posted Transactions     ○ Summary     ○ Details     View All     View All

 *Online Banking*

## Account Activity

Saturday, January 23, 2021

PNC Cash Rewards Visa Signature XXXXXXXXXXXX3978
**Balance: $12,471.79**
**Minimum Payment Due:  $0.00**
**Payment Due Date:  01/20/2021**

### Posted Transactions

| Date | Description | Amount |
|---|---|---|
| 10/03/2020 | IPHONE CITIZ*PMT 21 OF 24888-2016306 CT | $37.41 |
| 09/28/2020 | GATOR GUNS ARCHERY WEST PALM BEA FL | $37.68 |
| 09/28/2020 | BJS WHOLESALE #0129 BOYNTON BEACH FL | $15.93 |
| 09/25/2020 | CVS/PHARMACY #07919 BOYNTON BEACH FL | $13.93 |
| 09/23/2020 | AMZN Mktp US*M46K171S0 Amzn.com/bill WA | $34.95 |
| 09/23/2020 | AMZN Mktp US*M471642G1 Amzn.com/bill WA | $29.95 |
| 09/23/2020 | AMZN Mktp US*M43SC6SC1 Amzn.com/bill WA | $20.25 |
| 09/22/2020 | THE BOYS FARMERS MARKET DELRAY BEACH FL | $25.38 |
| 09/22/2020 | EXXONMOBIL 97565378 DELRAY BEACH FL | $23.14 |
| 09/21/2020 | FULLSCRIPT* R084542559 HTTPSUS.FULLS DE | $119.35 |
| 09/21/2020 | WINN-DIXIE #0355 BOCA RATON FL | $26.57 |
| 09/16/2020 | TMOBILE POSTPAID WEB 800-937-8997 WA | $100.80 |
| 09/15/2020 | CAREPAYMENT 866-625-8532 TN | $54.00 |
| 09/14/2020 | BEST BUY 00005546 BOCA RATON FL | $2,000.00 |
| 09/13/2020 | CVS/PHARMACY #07919 BOYNTON BEACH CRED IT | -$73.29 |
| 09/13/2020 | EXXONMOBIL 97565378 DELRAY BEACH FL | $19.31 |
| 09/12/2020 | ONLINE CREDIT CARD PMT 09/12 XXXX3978 | -$10,000.00 |
| 09/12/2020 | CVS/PHARMACY #03158 BOYNTON BEACH FL | $2,000.00 |
| 09/11/2020 | IPHONE CITIZ*PMT 20 OF 24888-2016306 CT | $37.41 |
| 09/10/2020 | FEDEX 396868475923 800-4633339 TN | $169.99 |
| 09/10/2020 | EXXONMOBIL 97565378 DELRAY BEACH FL | $15.00 |
| 09/10/2020 | FEDEX 940514215930 MEMPHIS TN | $3.48 |
| 09/10/2020 | FEDEX 940514229636 800-4633339 TN | $3.48 |
| 09/10/2020 | PURCHASE ADJUSTMENT | -$3.48 |
| 09/10/2020 | PURCHASE ADJUSTMENT | -$3.48 |
| 09/07/2020 | MACYS BOCA RATON BOCA RATON FL | $2,000.00 |
| 09/07/2020 | MACYS BOCA RATON BOCA RATON FL | $2,000.00 |
| 09/07/2020 | NORDSTROM #0762 BOCA RATON FL | $2,000.00 |
| 09/07/2020 | NORDSTROM #0762 BOCA RATON FL | $2,000.00 |
| 09/07/2020 | NORDSTROM #0762 BOCA RATON FL | $2,000.00 |
| 09/07/2020 | CVS/PHARMACY #08372 BOCA RATON FL | $38.50 |
| 09/07/2020 | WINN-DIXIE #0355 BOCA RATON FL | $16.23 |
| 09/07/2020 | CVS/PHARMACY #08372 BOCA RATON FL | $13.90 |
| 09/07/2020 | CVS/PHARMACY #08372 BOCA RATON FL | $7.11 |
| 09/06/2020 | BEST BUY 00008086 BOYNTON BEACH FL | $2,000.00 |
| 09/06/2020 | CVS/PHARMACY #04980 BOYNTON BEACH FL | $2,000.00 |
| 09/06/2020 | TARGET 00022103 BOYNTON BEACH FL | $1,000.00 |
| 09/06/2020 | 7-ELEVEN 20982 BOYNTON BEACH FL | $500.00 |
| 09/06/2020 | WALGREENS #3546 BOYNTON BEACH FL | $500.00 |
| 09/06/2020 | WALGREENS #3546 BOYNTON BEACH FL | $500.00 |

© Copyright 2010, The PNC Financial Services Group, Inc. All Rights Reserved.
Need Help? Call us at 1-888-PNC-BANK (762-2265)